**United States District Court**
For the Northern District of California

1

2

3                      IN THE UNITED STATES DISTRICT COURT

4

5                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7

8   IN RE:                                        No. C. 06-3431 SBA

9   ALEXIS MAGER LAKUSTA,

10          Debtor, Appellant.

11   _____

12   IN RE:

13   ALEXIS MAGER LAKUSTA,

14          Debtor, Appellant.

    _____/

15                                                 No. C 07-3085 CW

16                                                 JUDICIAL REFERRAL
                                                   FOR PURPOSE OF
17                                                 DETERMINING
                                                   RELATIONSHIP OF
18                                                 CASES

19

20          Pursuant to Civil L.R. 3-12(c), this Court, <u>sua sponte</u>, refers

21   the above-captioned case to District Judge Saundra Brown Armstrong

22   to consider whether these cases are related.[1]  Parties shall file

23   _____

24          [1]Appellant Alexis Mager has filed two other bankruptcy appeals
     in the Northern District of California:  <u>Lakusta v. Evans</u>, case
25   number C 06-6105 PJH and <u>Lakusta v. United States Bankruptcy</u>
     <u>Trustee</u>, case number C 07-0227 WHA.  On January 12, 2007, a clerk's
26   notice that case numbers C 06-3431 SBA and C 06-6105 PJH are not
     related was entered in both cases.  On June 14, 2007, an order of
27   referral was issued to determine if case number C 07-0227-WHA is
     related to case number C 06-6105 PJH.  That order of referral is
28   still pending.

any response in opposition to or in support of relating the cases within five (5) days of receipt of this Order.

Dated _____6/21/07_____          _____Claudia Wilken_____
                                        CLAUDIA WILKEN
                                        United States District Judge

cc:  SBA

**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

Case Number: CV07-03085 CW
CV06-03431 SBA

_____

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco,  CA 94120-7341

U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street
San Francisco,  CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park,  CA 94025

Catherine Schlomann Robertson
Pahl & Gosselin
225  W. Santa Clara St.
Suite 1500
San Jose,  CA 95113

Charles E Sims
4225 Solano Ave., Box 738
Napa,  CA 94558

David  Duperrault
25 Metro Drive
Suite 600
San Jose,  CA 95110

James  Robert
Roberts and Elliott LLP
Ten Almaden Blvd

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

1  Suite 500
   San Jose,  CA 96113
2
   Kathleen Joan Moorhead
3  100 N. Wiget Lane
   Suite 150
4  Walnut Creek,  CA 94598

5  Sharon E. LaFountain
   13651 Saratoga-Synnyvale Road
6  Saratoga,  CA 95070

7  Thomas E. Carlson
   USBC-San Francisco
8  235 Pine St
   P.O. Box 7341
9  San Francisco,  CA 94104

10 Wayne  Silver
   333 W. El Camino Real
11 Sunnyvale,  CA 94807

12
   Aron Mark Oliner
13 Duane Morris, LLP
   One Market Street, Suite 2000
14 San Francisco,  CA 94105

15

16
   Dated: June 21, 2007
17                                        Richard W. Wieking, Clerk
                                          By: Sheilah Cahill, Deputy Clerk
18

19

20

21

22

23

24

25

26

27

28